OPINION — AG — ** COMMISSIONER OF THE LAND OFFICE — INVESTMENT — GOVERNMENT MORTGAGE PASS THROUGH SECURITIES ** THE COMMISSIONERS OF THE LAND OFFICE MAY NOT INVEST IN GOVERNMENT NATIONAL MORTGAGE ASSOCIATION PASS THROUGH SECURITIES. CITE: ARTICLE VI, SECTION 32, ARTICLE XI, SECTION 6, 64 O.S. 1971 51 [64-51], OPINION NO. MAY 18, 1946 — LAND OFFICE (MIKE D. MARTIN) SEE OPINION NO. 89-021 (1989